UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-22481

JONPAUL MARCEL NADEAU,

           Plaintiff,

v.

MIAMI RESIDENTIAL GROUP, INC,

           Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff JONPAUL MARCEL NADEAU by and through his undersigned counsel, brings this Complaint against Defendant MIAMI RESIDENTIAL GROUP, INC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff JONPAUL MARCEL NADEAU ("Nadeau") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Nadeau's original copyrighted Work of authorship.

2. Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior photography, aerial footage, short HD films, and floor plans. He provides a detailed and customized finished product to every client. Nadeau has over 7 years experience working in the industry, and working alongside his mentor, he now expands his horizons to 3D tours and film.

3. Defendant MIAMI RESIDENTIAL GROUP, INC ("MRG") is a Miami Real Estate Brokerage Company.  At all times relevant herein, MRG owned and operated the internet website located at the URL https://miamiresidential.com/ (the "Website").

4. Nadeau alleges that MRG copied Nadeau's copyrighted Work from the internet in order to advertise, market and promote its business activities.  MRG committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the MRG's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. MRG is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, MRG engaged in infringement in this district, MRG resides in this district, and MRG is subject to personal jurisdiction in this district.

## DEFENDANT

9. Miami Residential Group, INC is a Florida Corporation, with its principal place of business at 777 Brickell Ave, Suite 500, Miami FL 33131, and can be served by serving its Registered Agent, Gaston Lauge, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2018 and 2019, Nadeau created the photograph entitled "DJI_0026 and DJ_0139," which is shown below and referred to herein as the "Work".

| Title | Works | Registration Number | Registration Date |
|---|---|---|---|
| DJI_0026 | | VA 2-204 287 | April 16, 2020 |
| DJ_0139 | | VA 2-295-013 | March 11, 2022 |

11. At the time Nadeau created the Work, Nadeau applied copyright management information to the Work.

12. Nadeau registered the Work with the Register of Copyrights on April 16, 2020 and March 11, 2022, and was assigned registration numbers VA 2-204-287 and VA 2-295-013. The Certificates of Registration are attached hereto as **Exhibit 1**.

13. At all relevant times Nadeau was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY MRG

14. MRG has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, MRG copied the Work.

16. On or about October 18, 2023, Nadeau discovered the unauthorized use of his Work on the Website. MRG used the Works on their Brokerage YouTube Page to advertise a listing.

17. MRG copied Nadeau's copyrighted Work without Nadeau's permission.

18. After MRG copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its real estate business activities.

19. MRG copied and distributed Nadeau's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. MRG committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Nadeau never gave MRG permission or authority to copy, distribute or display the Work at issue in this case.

22. Nadeau notified MRG of the allegations set forth herein on June 26, 2024 and July 12, 2024. To date, the parties have failed to resolve this matter.

23. When MRG copied and displayed the Work at issue in this case, MRG removed Nadeau's copyright management information from the Work.

24. Nadeau never gave MRG permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Nadeau incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Nadeau owns a valid copyright in the Work at issue in this case.

27. Nadeau registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. MRG copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Nadeau's authorization in violation of 17 U.S.C. § 501.

29. MRG performed the acts alleged in the course and scope of its business activities.

30. Defendant's acts were willful.

31. Nadeau has been damaged.

32. The harm caused to Nadeau has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

33. Nadeau incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

34. The Work at issue in this case contain copyright management information ("CMI").

35. MRG knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

36. MRG committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Nadeau's rights in the Work at issue in this action protected under the Copyright Act.

37. MRG caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Nadeau's rights in the Work at issue in this action protected under the Copyright Act.

38. Nadeau has been damaged.

39. The harm caused to Nadeau has been irreparable.

WHEREFORE, the Plaintiff JONPAUL MARCEL NADEAU prays for judgment against the Defendant MIAMI RESIDENTIAL GROUP, INC that:

    a. MRG and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

    b. MRG be required to pay Nadeau his actual damages and Defendant's profits attributable to the infringement, or, at Nadeau's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

    c. Nadeau be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Nadeau be awarded pre- and post-judgment interest; and

    e. Nadeau be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Nadeau hereby demands a trial by jury of all issues so triable.

Dated: May 30, 2025                              Respectfully submitted,

                                                **SRIPLAW, P. A.**

                                                */s/ Sanje V. Lara*
                                                SANJE V. LARA

Florida Bar Number: 1031680
sanje.lara@sriplaw.com
9100 S. Dadeland Boulevard
Suite 1500
Miami, FL 33156
786.743.0018 – Telephone
561.404.4353 – Facsimile

And

JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff JonPaul Marcel Nadeau*