# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-295-013**

Effective Date of Registration: March 11, 2022

Registration Decision Date: April 12, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: March 16, 2019 to July 25, 2019

### Title

Title of Group: 22 isla bahia - 3320 58th st - aqua allison island - case 1-11240417581
Number of Photographs in Group: 243

### Completion/Publication

Year of Completion: 2019
Earliest Publication Date in Group: March 16, 2019
Latest Publication Date in Group: July 25, 2019
Nation of First Publication: United States

### Author

- Author: jonpaul Nadeau
  Author Created: photographs
  Citizen of: United States

### Copyright Claimant

Copyright Claimant: jonpaul Nadeau
220 NE 17th Ave, Pompano Beach, FL, 33060

### Rights and Permissions

Name: Jonpaul Nadeau
Email: jonpaulnadeau12@gmail.com
Telephone: (860)422-3663
Address: 220 NE 17th Ave
Pompano Beach, FL 33060

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-204-287**
Effective Date of Registration:
April 16, 2020
Registration Decision Date:
May 20, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   May 13, 2018 to May 13, 2018

### Title

Title of Group: Brickell 10 Case # 1-8744143361
Number of Photographs in Group: 56

### Completion/Publication

Year of Completion: 2018
Earliest Publication Date in Group: May 13, 2018
Latest Publication Date in Group: May 13, 2018
Nation of First Publication: United States

### Author

- Author: Jonpaul Nadeau
  Author Created: photographs
  Citizen of: United States

### Copyright Claimant

Copyright Claimant: Jonpaul Nadeau
220 NE 17th Ave, Pompano Beach, FL, 33060, United States

### Rights and Permissions

Name: Jonpaul Nadeau
Email: jonpaulnadeau12@gmail.com
Telephone: (860)422-3663
Address: 220 NE 17th Ave
Pompano Beach, FL 33060