# Exhibit

# 2



The River District Brickell Miami - 2023
973 views • 1 year ago

2200 Brickell Residences Miami by Claudia Pinto (2023)
1.2K views • 1 year ago

Ora by CasaTua Residences Brickell - Miami (2023)
1.1K views • 1 year ago

2200 Brickell Residences Brickell por Gaston Lauge (2023)
370 views • 1 year ago

Brickell Ten Residences Miami por Rina Miranda (2023)
207 views • 1 year ago

Oceana Key Biscayne Miami by Claudia Pinto (2023)
707 views • 1 year ago

Oceana Key Biscayne Miami (2022) by Claudia Pinto
388 views • 1 year ago

Le Parc Residences Brickell 2022 by Rina Miranda
287 views • 1 year ago

Centro Residences Downtown Miami (2022) by Stephanie Lox
574 views • 1 year ago

Centro Residences Miami Downtown (2022) by Stephanie Lox
300 views • 1 year ago

Miami Pre Construction with AirBnb or Short Term Rentals (2023)
1.4K views • 1 year ago

Origin Bay Harbor Islands Residences Miami (2025)
490 views • 1 year ago





| | | | |
|---|---|---|---|
| Line 02 | 1 Bed / 1 Bath | 815 SF / 76 M2 | Download |
| Line 03 | 3 Bed + Den / 2.5 Bath | 1,387 SF / 129 M2 | Download |
| Line 04 | 2 Bed + Den / 2.5 Bath | 1,124 SF / 105 M2 | Download |
| Line 05 | 1 Bed / 1 Bath | 827 SF / 77 M2 | Download |
| Line 06 | 2 Bed / 2 Bath | 1,009 SF / 94 M2 | Download |
| Line 07 | 1 Bed / 1 Bath | 792 SF / 74 M2 | Download |
| Line 08 | 2 Bed / 2.5 Bath | 1,111 SF / 103 M2 | Download |
| Line 09 | 2 Bed / 2.5 Bath | 1,116 SF / 104 M2 | Download |
| Line 10 | 1 Bed / 1 Bath | 768 SF / 71 M2 | Download |
| PENTHOUSE 1 | 3 Bed / 3.5 Bath | 2,149 SF / 199 M2 | Download |
| PENTHOUSE 2 | 3 Bed / 3.5 Bath | 2,097 SF / 195 M2 | Download |
| PENTHOUSE 3 | 3 Bed / 3.5 Bath | 1,895 SF / 176 M2 | Download |
| PENTHOUSE 4 | 3 Bed / 3.5 Bath | 2,076 SF / 193 M2 | Download |
| PENTHOUSE 5 | 3 Bed / 3.5 Bath | 1,866 SF / 173 M2 | Download |
| PENTHOUSE 6 | 3 Bed / 3.5 Bath | 1,892 SF / 175 M2 | Download |

## Videos



## For Sale

### 1 Bedroom

| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 805 | $475,000 | 766 | $620 | + Info |

### 2 Bedrooms

| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 1901 | $580,000 | 933 | $622 | + Info |

### 3 Bedrooms

| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 1200 | $765,000 | 1270 | $601 | + Info |





## Brickell Ten
Brickell / 2016
1050 SW 2nd Ave Miami, FL 33130, USA

Brisk and contemporary, with an exclusivity that comes from its intimate 22 stories, this collection of 155 residences and penthouses represents excellent accessibility to the exciting Brickell lifestyle, plus some of the strongest values in the area and advantageous location alongside Brickell. Featuring interiors inspired by the acclaimed Italian Pininis, residences are more than chic – they are tastefully artistic. Located just steps from business, entertainment and nightlife, life is more than fun - it is dynamic and fulfilling.

CONDO FOR SALE | CONDO FOR RENT | CONDOS SOLD & RENTED | FLOOR PLANS

## Prices & General Information



Accredited to BC Architects
Developed by BBCorp Investments

1 Condos For Sale: from $475,000 to $1,050,000
2 Condos For Rent: from $2,500 to $7,500

Average Listing: $604 X SF
Average Sale: $602 X SF

**Average Price: $609 X SF**

## Features

### Building Features
- 1,000 square foot corner swimming pool overlooking the city
- Lushly landscaped gardens and outdoor gathering areas
- Fitness studio with relaxing kitchen
- Pool and billiards room
- Business Center
- Recreational room
- BBQ Area
- Kids Play Room
- Resort-style pool and relaxing area
- Skyview gym with state of the art equipment
- Secluded outdoor spa surrounded by foliage
- Outdoor bar with dramatic views
- Reflecting pool
- Sunset terrace and lounge areas

### Residence Features
- Open layouts with 9' ceilings and concealed living kitchens, and dining areas
- Spacious terraces in all residences
- Floor-to-ceiling sliding glass doors
- Italian kitchen cabinetry
- European imported countertops
- Bosch Stainless Steel Appliances
- Smooth and Washer/Dryer
- Italian-designed bathrooms finished with porcelain tile



Photo Credit: Suana Parvi

## Location

## Floor Plans

| FLOOR / UNITS | SUB-SUITE | TOTAL RESIDENCE | FLOOR PLAN |
|---|---|---|---|
| Unit 01 | 1 Bed / 1 Bath | Unit 01 / 1,050 | Download |
| Unit 02 | 1 Bed / 1 Bath | Unit 02 / 725 | Download |
| Unit 03 | 2 Bed / 2 Bath | Unit 03 / 1,050 | Download |
| Unit 04 | 2 Bed / 2 Bath | Unit 04 / 1,010 | Download |
| Unit 05 | 1 Bed / 1 Bath | Unit 05 / 725 | Download |
| Unit 06 | 1 Bed / 1 Bath | Unit 06 / 725 | Download |
| Unit 07 | 1 Bed / 1 Bath | Unit 07 / 725 | Download |
| Unit 08 | 1 Bed / 1 Bath | Unit 08 / 750 | Download |
| Unit 09 | 2 Bed / 2 Bath | Unit 09 / 1,050 | Download |
| PENTHOUSE 1 | 2 Bed / 2 Bath | Unit PH1 / 1,250 | Download |
| PENTHOUSE 2 | 2 Bed / 2 Bath | Unit PH2 / 1,250 | Download |
| PENTHOUSE 3 | 3 Bed / 3 Bath | Unit PH3 / 1,450 | Download |
| PENTHOUSE 4 | 3 Bed / 3 Bath | Unit PH4 / 1,450 | Download |

## Videos



## For Sale

### 1 Bedroom
| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 610 | $475,000 | 725 | $655 | + Info |

### 2 Bedrooms
| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 1706 | $574,000 | 1025 | $560 | + Info |
| 1409 | $590,000 | 1127 | $533 | + Info |

### 3 Bedrooms
| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 1050 | $829,000 | 1273 | $651 | + Info |
| 200 | $844,000 | 1273 | $663 | + Info |
| 2000 | $888,000 | 1273 | $697 | + Info |
| PH803 | $1,050,000 | 1450 | $724 | + Info |

## For Rent

### 2 Bedrooms
| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 901 | $3,700 | 1025 | $4 | + Info |
| 1706 | $3,500 | 1025 | $4 | + Info |
| 609 | $4,700 | 1127 | $4 | + Info |

### 3 Bedrooms
| Unit | Price | SF | $/SF | |
|---|---|---|---|---|
| 100 | $5,200 | 1273 | $4 | + Info |
| 1102 | $5,000 | 1273 | $4 | + Info |
| LPH03 | $7,500 | 1450 | $5 | + Info |

## Sold
| Unit | Price | SF | $/SF | Sale Date |
|---|---|---|---|---|
| 1005 | $575,000 | 910 SF | $554 | 05/23/2024 |
| 1706 | $574,000 | 1127 SF | $509 | 05/01/2024 |
| 1410 | $800,000 | 1273 SF | $640 | 05/01/2024 |
| 1800 | $960,000 | 1273 SF | $697 | 04/26/2024 |

## Rented
| Unit | Price | SF | $/SF | Rented Date |
|---|---|---|---|---|
| 1501 | $3,300 | 910 SF | $4 | 06/05/2024 |
| 1909 | $2,575 | 1127 SF | $2 | 06/05/2024 |
| 1200 | $5,000 | 1127 SF | $4 | 06/04/2024 |
| 1404 | $5,000 | 1024 SF | $4 | 06/01/2024 |
| LPH03 | $5,200 | SF | | 06/01/2024 |
| 801 | $2,800 | 910 SF | $3 | 04/10/2024 |
| 904 | $5,000 | 1127 SF | $4 | 04/05/2024 |
| 1706 | $3,500 | 1024 SF | $3 | 03/31/2024 |
| 1100 | $5,000 | 660 SF | $8 | 03/26/2024 |
| 1809 | $6,000 | 1564 SF | $3 | 02/22/2024 |
| 1005 | $3,700 | 910 SF | $4 | 02/15/2024 |
| 1100 | $5,100 | 1564 SF | $3 | 02/13/2024 |
| PH803 | $3,800 | 1472 SF | $2 | 02/05/2024 |
| 1500 | $3,500 | 1273 SF | $2 | 01/27/2024 |
| 1409 | $5,000 | 1127 SF | $4 | 01/26/2024 |
| 1406 | $5,000 | 1127 SF | $4 | 01/05/2024 |

## Contact Us



Miami Residential Group

SUBMIT FORM

Photo Credit: Suana Residential

Other Condos by area | Other Brickell Condos



+1 305 847 2663 | WhatsApp

Google Play   App Store



Photo Credit: Veronica Crego-Flores



- 24-hour monitored entrance
- Art Deco architecture
- Original public art installations
- Beautifully landscaped St. Francis
- Square park with original sculptures
- Fitness facility
- Spa services and heated pools
- Pedestrian and jogging paths near the waterfront
- Children's play center and pools
- Mango and citrus groves

- Wraparound balconies
- 10 foot ceilings
- Sunscreen shading
- Designer kitchen fixtures
- Full-size name brand kitchen appliances
- Bulthaup Wood kitchen cabinetry
- Duravit water closets and bidets
- Waterworks whirlpool tubs



Photo Credit: Veronica Crego-Flores

## Location



**6103 Aqua Ave**

6103 Aqua Ave, Miami Beach, FL 33141

Directions

View larger map