# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-22481-DSL

Plaintiff:
**JONPAUL MARCEL NADEAU**

vs.

Defendant:
**MIAMI RESIDENTIAL GROUP, INC.**

For:
Sanje V. Lara, Esq.
SRIPLAW, P.A.
9100 DS. Dadeland Boulevard
Suite 1500
Miami, FL 33156

Received by MAJESTIC PROCESS on the 3rd day of June, 2025 at 9:00 am to be served on **MIAMI RESIDENTIAL GROUP, INC. c/o Registered Agent: GASTON LAUGE, 777 BRICKELL AVENUE, #500, MIAMI, FL 33131** .

I, Jesus Guerra, do hereby affirm that on the **10th day of June, 2025** at **11:05 am, I:**

Served the within named corporation a true copy of the **Summons In A Civil Action and Complaint For Copyright Infringement with Exhibits "1" and "2"** with the date and hour of service endorsed thereon by me to **WAVERLY MARISH** as **AUTHORIZED AGENT FOR R.A.** at the address of **777 BRICKELL AVENUE, #500, MIAMI, FL 33131** pursuant to Florida Statute, Section 48.091(4).

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

**Jesus Guerra**
C.P.S #935

**MAJESTIC PROCESS
1008 North Lakeside Drive
Lake Worth, FL 33460
(561) 310-4690**

Our Job Serial Number: MPS-2025001713

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

